UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| YOLANDA CAMACHO TRIGUEROS, | ) | |
| Plaintiff, | ) | Case No. CV 17-1128 AJW |
| v. | ) | J U D G M E N T |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

January 3, 2018

_____
ANDREW J. WISTRICH
United States Magistrate Judge